[No. 19650-6-II.    Division Two.    August 9, 1996.]

MAURICE W. FARRELL, *Appellant*, v. SLOOP INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 94-2-04058-1, Edwin L. Poyfair J., entered
June 20, 1995. *Affirmed* by unpublished opinion per
Turner, J., concurred in by Houghton, A.C.J., and Morgan,
J.

[No. 32022-0-I.    Division One.    August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
MUNTZ, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06443-8, Michael J. Fox, J., entered
December 22, 1992. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Ellington and Moynihan, JJ.

[No. 33355-1-I.    Division One.    August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
ALLEN QUINTASKET, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-1-03595-7, Deborah Fleck, J., entered
September 10, 1993. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Baker, C.J., and Becker, J.

[No. 34509-5-I.    Division One.    August 12, 1996.]

LARRY FOX, ET AL., *Respondents*, v. MARIA T.
THOMAS, ET AL., *Defendants*, THE NOBLE LADY, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for Skag-
it County, No. 93-2-01124-8, Hon George E. McIntosh, J.,
entered March 31, 1996. *Reversed* by unpublished opinion
per Baker, C.J., concurred in by Webster and Cox, JJ.